# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF THE STATE OF MISSISSIPPI

| | |
|---|---|
| IN RE: ) | Case No. 11-51521 |
| ) | |
| STANLEY M. GILBERT & Cheryl ) | (Chapter 13) |
| P. Gilbert, ) | |
| ) | |
| DEBTOR | |

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN - 9 2014
DANNY L. MILLER, CLERK
By_____ DEPUTY CLERK

### APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

Bank of America, NA successor to BAC Home Loan Servicing LP (the "Claimant") a claimant in the captioned case respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $1,100.09. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

Bank of America, NA successor to BAC Home Loan Servicing LP

By: _____
Greg Griffith
American Property Locators, Inc.
Attorney-in-fact
3855 South Boulevard, Suite 200
Edmond, OK 73013
(405) 340-4900

CERTIFICATE OF MAILING

I hereby certify that on June 5, 2014 I have mailed a true and correct copy of the foregoing APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

United States Attorney
Attn: Civil Process Clerk
501 E. Court St., Ste 4.430188 E. Capitol St.
Jackson, MS 39201

US Trustee
R. Michael Bolen
100 W. Capitol Street, Suite 706
Jackson, MS 39269

Case Trustee
Warren A. Cuntz T1, Jr.
P. O. Box 3749
Gulfport, MS 39505-3749

Debtor's Counsel
Dawn Smith
Parsons Law Office
PO Box 6
Wiggins, MS 39577

Debtor
STANLEY M. GILBERT & Cheryl P. Gilbert
54 Hughs Road
Wiggins, MS 39577

Greg Griffith

# LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that I,

**Lady-Zoe G. Horace, AVP; Recovery Officer of Bank of America Corporation ("Bank of America")**, acting on behalf of Bank of America hereby appoint **Greg Griffith of American Property Locators, Inc.**, in the person of one of its principal officers, as Bank of America's lawful attorney-in-fact to seek recovery of the undistributed, unclaimed, or undelivered tenders of funds of:

**BAC Home Loan Servicing LP in the amount of $1,100.09**

held by the United States, by a state, or by an agency or instrumentality of either, hereby revoking all previous powers of attorney in this regard to whomever granted.

Bank of America further grants the attorney authority to do whatever is necessary and proper to recover the aforementioned unclaimed funds only, as fully as it might or could do if acting through its own officers or agents, hereby confirming all that the attorney shall lawfully do or cause to be done(including the endorsement of any instrument of payment on behalf of Bank of America). Nevertheless, the attorney shall have no authority to incur any financial obligation or to make any expenditure on behalf of Bank of America, other than an expenditure payable from any sums recovered by virtue of the attorney's actions.

In construing this instrument where the context so requires, the singular includes the plural. This Power of Attorney shall expire 180 days from the date hereof or upon collection of the aforementioned unclaimed funds, if earlier, unless otherwise extended by an amendment which is attached hereto. Bank of America authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

Signed this 20th day of May, 2014.

**Bank of America Corporation**

_____
Lady-Zoe G. Horace
AVP; Recovery Officer

Federal Taxpayer ID 94-1687665


State of Rhode Island   County of Providence   Date: May 20, 2014.

The above-named Lady-Zoe G Horace, known to me to be the individual described in [and holding the position designated in] the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free act and deed.

Before me: Sharon L Randall
Notary Public

(Notary Seal)
SHARON L. RANDALL
NOTARY PUBLIC
STATE OF RHODE ISLAND
MY COMMISSION EXPIRES FEB. 25, 2018

My commission expires: 2/25/18



Lady-Zoe G. Horace

AVP, Recovery Officer

Bank of America
R11-121-01-30, 125 Dupont Drive
Providence, RI 02907
T 401.865.7125  F 401.865.7625
lady-zoe.g.horace@bankofamerica.com


Bank of America

## AFFIDAVIT OF CLAIMANT
### Access to Claimant's Corporate Seal

BE IT ACKNOWLEDGED, that I, Lady-Zoe G. Horace, the undersigned deponent, being of legal age, do hereby depose and say under the penalties of perjury as follows:

That I, Lady-Zoe G. Horace, am the AVP; Recovery Officer of Bank of America. My responsibilities include, but are not limited to, the recovery and/or collection of outstanding checks and receivables of Bank of America and its subsidiaries/acquisitions or affiliates. Bank of America and its subsidiaries/acquisitions or affiliates handle recoveries and/or collections of outstanding checks and receivables through its Charlotte, NC and Providence, RI office. However, I do not have readily access to the Bank of America corporate seal. For this reason, it is overly burdensome and, in some cases, may be impossible to provide a corporate seal impression on the documents enclosed in this application/motion. Bank of America hereby says under oath that the corporate seal for this Corporation is unavailable.

I affirm that the foregoing is true under penalties of perjury this 16th day of May, 2014.

By: _R3HA_
Lady-Zoe G. Horace, AVP; Recovery Officer
Bank of America
AP Recovery Solutions
Bank of America
125 Dupont Drive/RI1 121 01 30
Providence, RI  02907

---

### ACKNOWLEDGMENT

STATE OF  R I  )
COUNTY OF Providence )

Before me, the undersigned a Notary Public, in and for said County and State on this 16 day of May, 2014, personally appeared Lady-Zoe Horace to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its corporate officer and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
April 14 2018

Notary: Michael William Iafrate

MICHAEL WILLIAM IAFRATE
NOTARY PUBLIC
STATE OF RHODE ISLAND
MY COMMISSION EXPIRES APR. 14, 2018

## AFFIDAVIT OF CLAIMANT
### Access to Claimant's Corporate Seal

BE IT ACKNOWLEDGED, that I, Lady-Zoe G. Horace, the undersigned deponent, being of legal age, do hereby depose and say under the penalties of perjury as follows:

That I, Lady-Zoe G. Horace, am the AVP; Recovery Officer of Countrywide Home Loans. My responsibilities include, but are not limited to, the recovery and/or collection of outstanding checks and receivables of Countrywide Home Loans and its subsidiaries/acquisitions or affiliates. Countrywide Home Loans and its subsidiaries/acquisitions or affiliates handle recoveries and/or collections of outstanding checks and receivables through its Charlotte, NC and Providence, RI office. However, I do not have readily access to the Countrywide Home Loans corporate seal. For this reason, it is overly burdensome and, in some cases, may be impossible to provide a corporate seal impression on the documents enclosed in this application/motion. Countrywide Home Loans hereby says under oath that the corporate seal for this Corporation is unavailable.

I affirm that the foregoing is true under penalties of perjury this 16th day of May, 2014.

By: _____
Lady-Zoe G. Horace, AVP; Recovery Officer
Countrywide Home Loans
125 Dupont Drive/RI1 121 01 30
Providence, RI 02907

---

ACKNOWLEDGMENT

STATE OF R I )
COUNTY OF Providence

Before me, the undersigned a Notary Public, in and for said County and State on this 16 day of May, 2014, personally appeared Lady-Zoe Horace to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its Corporate Officer and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
April 14, 2018

Notary: Michael William Iafrate

MICHAEL WILLIAM IAFRATE
NOTARY PUBLIC
STATE OF RHODE ISLAND
MY COMMISSION EXPIRES APR. 14, 2018

| Form 622 (Revised 12/08) Return in duplicate to: Secretary of State P.O. Box 13697 Austin, TX 78711-3697 512 463-5555 FAX: 512 463-5709 Filing Fee: see instructions |  Certificate of Merger Combination Merger Business Organizations Code | This space reserved for office use. **FILED** In the Office of the Secretary of State of Texas **JUN 28 2011** **Corporations Section** |

### Parties to the Merger

Pursuant to chapter 10 of the Texas Business Organizations Code, and the title applicable to each domestic filing entity identified below, the undersigned parties submit this certificate of merger:

The name, organizational form, state of incorporation or organization, and file number, if any, issued by the secretary of state for each organization that is a party to the merger are as follows:

**Party 1**

BAC Home Loans Servicing, LP
*Name of Organization*

The organization is a   limited partnership   It is organized under the laws of
                       *Specify organizational form (e.g., for-profit corporation)*

Texas    USA              The file number, if any, is   13186910
*State*  *Country*                                       *Texas Secretary of State file number*

Its principal place of business is   6400 Legacy Drive    Plano    TX
                                     *Address*           *City*   *State*

☐ The organization will survive the merger.   ☒ The organization will not survive the merger.

☐ The plan of merger amends the name of the organization. The new name is set forth below.

*Name as Amended*

**Party 2**

Bank of America, National Association
*Name of Organization*

The organization is a   national banking association   It is organized under the laws of
                       *Specify organizational form (e.g., for-profit corporation)*

         United States              The file number, if any, is   0000000132
*State*  *Country*                                                *Texas Secretary of State file number*

Its principal place of business is   101 South Tryon Street   Charlotte   NC
                                     *Address*               *City*      *State*

☒ The organization will survive the merger.   ☐ The organization will not survive the merger.

☐ The plan of merger amends the name of the organization. The new name is set forth below.

*Name as Amended*

**Party 3**

*Name of Organization*
The organization is a _____   It is organized under the laws of
                     *Specify organizational form (e.g., for-profit corporation)*

Form 622                              5

TX150BOC - 01/02/2009 C T System Online

**RECEIVED**

**JUN 28 2011**

**Secretary of State**

The file number, if any, is _____

*State*   *Country*                                                    *Texas Secretary of State file number*

Its principal place of business is: _____

*Address*                  *City*                     *State*

☐ The organization will survive the merger.  ☐ The organization will not survive the merger.

☐ The plan of merger amends the name of the organization. The new name is set forth below:

_____

*Name as Amended*

## Plan of Merger

☐ The plan of merger is attached.

*If the plan of merger is not attached, the following statements must be completed.*

### Alternative Statements

In lieu of providing the plan of merger, each domestic filing entity certifies that:

1. A signed plan of merger is on file at the principal place of business of each surviving, acquiring, or new domestic entity or non-code organization that is named in this form as a party to the merger or an organization created by the merger.

2. On written request, a copy of the plan of merger will be furnished without cost by each surviving, acquiring, or new domestic entity or non-code organization to any owner or member of any domestic entity that is a party to, or created by the plan of merger and, if the certificate of merger identifies multiple surviving domestic entities or non-code organizations, to any creditor or oblige of the parties to the merger at the time of the merger if a liability or obligation is then outstanding.

*Complete item 3B if the merger effected changes to the certificate of formation of a surviving filing entity.*

3A. No amendments to the certificate of formation of any surviving filing entity that is a party to the merger are effected by the merger.

3B. ☐ The plan of merger effected changes or amendments to the certificate of formation of:

_____

*Name of filing entity effecting amendments*

The changes or amendments to the filing entity's certificate of formation, other than the name change noted previously, are stated below.

*Amendment Text Area*

[blank box]

4. Organizations Created by Merger
The name, jurisdiction of organization, principal place of business address, and entity description of each entity or other organization to be created pursuant to the plan of merger are set forth below. The certificate of formation of each new domestic filing entity to be created is being filed with this certificate of merger.

Form 622                                6

TX130BOC - 01/02/2009 C T System Online

| Name of New Organization 1 | Jurisdiction | Entity Type (See instructions) |
|---|---|---|
| Principal Place of Business Address | City | State Zip Code |

| Name of New Organization 2 | Jurisdiction | Entity Type (See instructions) |
|---|---|---|
| Principal Place of Business Address | City | State Zip Code |

| Name of New Organization 3: | Jurisdiction | Entity Type (See instructions) |
|---|---|---|
| Principal Place of Business Address | City | State Zip |

### Approval of the Plan of Merger

The plan of merger has been approved as required by the laws of the jurisdiction of formation of each organization that is a party to the merger and by the governing documents of those organizations.

☐ The approval of the owners or members of _____, *Name of domestic entity*, was not required by the provisions of the BOC.

### Effectiveness of Filing (Select either A, B, or C.)

A. ☐ This document becomes effective when the document is accepted and filed by the secretary of state.

B. ☒ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: July 1, 2011

C. ☐ This document takes effect on the occurrence of the future event or fact, other than the passage of time. The 90th day after the date of signing is: _____
The following event or fact will cause the document to take effect in the manner described below:

_____

_____

### Tax Certificate

☐ Attached hereto is a certificate from the comptroller of public accounts that all taxes under title 2, Tax Code, have been paid by the non-surviving filing entity.

☒ In lieu of providing the tax certificate, one or more of the surviving, acquiring or newly created organizations will be liable for the payment of the required franchise taxes.

Form 622  7

TX1565OC - 01/07/2009 C T System Online

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument. The undersigned certifies that the statements contained herein are true and correct, and that the person signing is authorized under the provisions of the Business Organizations Code, or other law applicable to and governing the merging entity, to execute the filing instrument.

Date: 06/28/2011

BAC Home Loans Servicing, LP
Merging Entity Name

_[signature]_
Signature of authorized person (see instructions)

Tim Huval, President and CEO, BAC GP, LLC, General Partner
Printed or typed name of authorized person

Bank of America, National Association
Merging Entity Name

_[signature: Merrily S. Gerrish]_
Signature of authorized person (see instructions)

Merrily Gerrish, Associate General Counsel, Assistant Secretary
Printed or typed name of authorized person


Merging Entity Name


Signature of authorized person (see instructions)


Printed or typed name of authorized person

Form 622　　　　　　　　　　　　　　　　8
TXISOBOC - 01/02/2009 C T System Online

10-K 1 bac-12312013x10k.htm 10-K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

# FORM 10-K

**(Mark One)**

[✓] ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
For the fiscal year ended December 31, 2013

or

[ ] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
For the transition period from    to

Commission file number:
1-6523

Exact name of registrant as specified in its charter:

# Bank of America Corporation

State or other jurisdiction of incorporation or organization:
Delaware
IRS Employer Identification No.:
56-0906609
Address of principal executive offices:
Bank of America Corporate Center
100 N. Tryon Street
Charlotte, North Carolina 28255
Registrant's telephone number, including area code:
(704) 386-5681
Securities registered pursuant to section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Stock, par value $0.01 per share | New York Stock Exchange |
| | London Stock Exchange |
| | Tokyo Stock Exchange |
| Warrants to purchase Common Stock (expiring October 28, 2018) | New York Stock Exchange |
| Warrants to purchase Common Stock (expiring January 16, 2019) | New York Stock Exchange |
| Depositary Shares, each representing a 1/1,000th interest in a share of 6.204% Non-Cumulative Preferred Stock, Series D | New York Stock Exchange |
| Depositary Shares, each representing a 1/1,000th interest in a share of Floating Rate Non-Cumulative Preferred Stock, Series E | New York Stock Exchange |
| Depositary Shares, each representing a 1/1,000th interest in a share of 6.625% Non-Cumulative Preferred Stock, Series I | New York Stock Exchange |
| 7.25% Non-Cumulative Perpetual Convertible Preferred Stock, Series L | New York Stock Exchange |
| Depositary Shares, each representing a 1/1,200th interest in a share of Bank of America Corporation Floating Rate Non-Cumulative Preferred Stock, Series 1 | New York Stock Exchange |

EX-21 3 bac-12312013x10kex21.htm EXHIBIT

Exhibit 21

## Direct and Indirect Subsidiaries of Bank of America Corporation
## As of January 31, 2014

| Name | Location | Jurisdiction |
| --- | --- | --- |
| 100 Federal Street Limited Partnership | Boston, MA | Massachusetts |
| 201 North Tryon, LLC | Charlotte, NC | North Carolina |
| 214 North Tryon, LLC | Charlotte, NC | North Carolina |
| 222 Broadway, LLC | New York, NY | New York |
| 400 Capital Credit Access LLC | New York, NY | Delaware |
| 2007 Merrill Lynch Merchant Banking Fund, L.P. | New York, NY | Cayman Islands |
| 2007 Merrill Lynch Merchant Banking Fund International, L.P. | New York, NY | Cayman Islands |
| 1343190 Alberta Inc. | Toronto, Ontario, Canada | Canada |
| Aarco 106 Limited | Chester, United Kingdom | United Kingdom |
| Acceptance Alliance, LLC | Louisville, KY | Delaware |
| Access 1 Fundo De Investimento Em Cotas De Fundo De Investimento Em Direitos Creditorios Nao Padronizado | Sao Paulo, Brazil | Brazil |
| ACP Power and Energy Real Asset Fund | New York, NY | Delaware |
| ACP Power and Energy Real Asset Fund - A | New York, NY | Delaware |
| ACP Power and Energy Real Asset Fund - B | New York, NY | Delaware |
| AG Mortgage Value Participation Fund LLC | New York, NY | Delaware |
| AG Mortgage Value Participation Fund Ltd. | New York, NY | Cayman Islands |
| Aguila Corp S.A.C. | Lima, Peru | Peru |
| Alamo Funding II, Inc. | Charlotte, NC | Delaware |
| Alie Street Investments Limited | London, U.K. | United Kingdom |
| Alie Street Investments 6 Limited | London, U.K. | United Kingdom |
| Alie Street Investments 8 Limited | London, U.K. | United Kingdom |
| Alie Street Investments 12 Limited | London, U.K. | United Kingdom |
| Alie Street Investments 16 Limited | London, U.K. | United Kingdom |
| Alie Street Investments 24 Limited | London, U.K. | United Kingdom |
| Alpine Associates Access LLC | New York, NY | Delaware |
| AMM Holdings Pty Limited | Sydney, New South Wales, Australia | Australia |
| Anzac Peaks, Inc. | Charlotte, NC | Delaware |
| Apollo Trading LLC | Charlotte, NC | Delaware |
| Appold Property Management Limited | London, U.K. | United Kingdom |
| Arden Sage Access Ltd. | New York, NY | Cayman Islands |
| Ascend Access LLC | New York, NY | Delaware |
| Ascend Access Ltd. | New York, NY | Cayman Islands |
| Asia Investment Consulting Ltd. | George Town, Grand Cayman, Cayman Is. | Cayman Islands |
| Asian American Merchant Bank Ltd. | Singapore, Singapore | Singapore |
| Asset Backed Funding Corporation | Charlotte, NC | Delaware |
| Aswan Development Associates, LLC | Miami, FL | Florida |
| Aswan Village Associates, LLC | Miami, FL | Florida |
| Atlantic Equity Corporation | Charlotte, NC | North Carolina |
| Audubon - MM Urban Investments, LLC | Dallas, TX | Texas |
| Audubon - MM Urban Investments II, LLC | Dallas, TX | Texas |
| Audubon Urban Investments, LLC | Dallas, TX | Texas |
| Augusta Trading LLC | Charlotte, NC | Delaware |
| Avenue Access LLC | New York, NY | Delaware |
| Aztex Associates, L.P. | New York, NY | Delaware |
| B of A Issuance B.V. | Amsterdam, The Netherlands | Netherlands |
| BA 1998 Partners Associates Fund, L.P. | Chicago, IL | Delaware |
| BA 1998 Partners Fund I, L.P. | Chicago, IL | Delaware |
| BA 1998 Partners Fund II, L.P. | Chicago, IL | Delaware |
| BA 1998 Partners Master Fund I, L.P. | Chicago, IL | Delaware |
| BA 1998 Partners Master Fund II, L.P. | Chicago, IL | Delaware |
| BA 2001 Partners Associates Fund, L P | Boston, MA | Delaware |
| BA 2001 Partners Fund II, L.P. | Boston, MA | Delaware |
| BA 2001 Partners Master Fund, LLC | Boston, MA | Delaware |
| BA Alternative Investment Solutions Master Fund, LLC | Boston, MA | Delaware |
| BA Australia Limited | Sydney, New South Wales, Australia | Australia |

| Name | Location | Jurisdiction |
|---|---|---|
| Calnevari Holdings, Inc. | Charlotte, NC | Delaware |
| CalSTRS/Banc of America Capital Access Fund III, LLC | Chicago, IL | Delaware |
| CalSTRS/BAML Capital Access Funds IV, LLC | Chicago, IL | Delaware |
| CalSTRS/Banc of America Capital Access Fund, LLC | Chicago, IL | Delaware |
| CAP, Inc. | New York, NY | Delaware |
| Card Processing Reseller, Inc. | Wilmington, DE | Delaware |
| Carlson Double Black Diamond Participation Fund LLC | New York, NY | Delaware |
| Carlson Double Black Diamond Participation Fund Ltd. | New York, NY | Cayman Islands |
| Carson Asset Management Company | Reno, NV | Delaware |
| Central Park Development Group, LLC | Tampa, FL | Florida |
| Charlotte Gateway Village, LLC | Charlotte, NC | North Carolina |
| Charlotte Transit Center, Inc. | Charlotte, NC | North Carolina |
| Cherry Park LLC | Charlotte, NC | Delaware |
| Chester Property & Services Limited | Chester, England | England |
| Chetwynd Nominees Limited | London, U.K. | England |
| Chilton GNR Participation LLC | New York, NY | Delaware |
| Chilton GNR Participation Ltd. | New York, NY | Cayman Islands |
| Chilton Small Cap Access LLC | New York, NY | Delaware |
| Chilton Small Cap Access Ltd. | New York, NY | Cayman Islands |
| Church Street Housing Partners I, LLC | Orlando, FL | Florida |
| Church Street Retail Partners I, LLC | Orlando, FL | Florida |
| Citygate Nominees Limited | London, U.K. | England |
| clearXchange, LLC | San Francisco, CA | Delaware |
| Clough Access LLC | New York, NY | Delaware |
| Clough Access Ltd. | New York, NY | Cayman Islands |
| CM REO S1 LLC | New York, NY | Delaware |
| Coast Access LLC | New York, NY | Delaware |
| Coast Access II LLC | New York, NY | Delaware |
| Coast Access III LLC | New York, NY | Delaware |
| Coast Access IV LLC | New York, NY | Delaware |
| Coast Access Ltd. | New York, NY | Cayman Islands |
| Coast Access II Ltd. | New York, NY | Cayman Islands |
| Coast Access III Ltd. | New York, NY | Cayman Islands |
| Columbus Bay Limited | George Town, Grand Cayman, Cayman Is. | Cayman Islands |
| Columbus Square LLC | Kansas City, MO | Missouri |
| Columbus Square II LLC | St. Louis, MO | Missouri |
| Continental Finanziaria S.p.A. | Milan, Italy | Italy |
| Continental Illinois Venture Corporation | Chicago, IL | Delaware |
| Coral Hill LLC | Charlotte, NC | Delaware |
| Core Private Equity Fund I, LLC | New York, NY | Delaware |
| Core Strategies Investment Fund LLC | New York, NY | Delaware |
| Corfe Hill Limited | London, U.K. | England & Wales |
| Corporate Properties Services, LLC | Wilmington, DE | Delaware |
| Cortlandt Realty Associates I, L.P. | New York, NY | Delaware |
| Countryside SA Holdings, LLC | Dallas, TX | Texas |
| Countrywide Capital III | Calabasas, CA | Delaware |
| Countrywide Capital IV | Calabasas, CA | Delaware |
| Countrywide Capital V | Calabasas, CA | Delaware |
| Countrywide Capital Markets, LLC | Calabasas, CA | California |
| Countrywide Commercial Mortgage Capital, Inc. | Calabasas, CA | Delaware |
| Countrywide Commercial Real Estate Finance, Inc. | Calabasas, CA | California |
| Countrywide Financial Corporation | Calabasas, CA | Delaware |
| Countrywide Hillcrest I, Inc. | Calabasas, CA | California |
| Countrywide Home Loans, Inc. | Calabasas, CA | New York |
| Countrywide International Consulting Services, LLC | Calabasas, CA | Delaware |
| Countrywide International GP Holdings, LLC | Calabasas, CA | Delaware |
| Countrywide International Holdings, Inc. | Calabasas, CA | Delaware |
| Countrywide International Technology Holdings Limited | St. Peter Port, Guernsey, Channel Islands | Island of Guernsey |
| Countrywide JV Technology Holdings Limited | St. Peter Port, Guernsey, Channel Islands | Island of Guernsey |
| Countrywide Securities Corporation | Calabasas, CA | California |



| | | |
|---|---|---|
| Countrywide Servicing Exchange | Calabasas, CA | California |
| Countrywide Sunfish Management LLC | Calabasas, CA | Delaware |
| Countrywide Warehouse Lending | Calabasas, CA | California |
| CP Development Group 4, LLC | Tampa, FL | Florida |
| CPDG7, LLC | Tampa, FL | Florida |
| CQS Holding S.r.l. | Rome, Italy | Italy |
| Creative Village Development, LLC | Tampa, FL | Florida |
| Crockett Funding LLC | Charlotte, NC | Delaware |
| CTC Real Estate Services | Simi Valley, CA | California |

7

| Form **W-9**<br>(Rev. December 2011)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification** | Give Form to the<br>requester. Do not<br>send to the IRS. |

**Name (as shown on your income tax return)**
Bank of America

**Business name/disregarded entity name, if different from above**

Check appropriate box for federal tax classification:
- [ ] Individual/sole proprietor
- [ ] C Corporation
- [ ] S Corporation
- [ ] Partnership
- [ ] Trust/estate
- [ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____
- [ ] Other (see instructions) ▶

- [ ] Exempt payee

**Address (number, street, and apt. or suite no.)**
125 Dupont Drive / RI1 121 01 30

**City, state, and ZIP code**
Providence, RI 02907

**Requester's name and address (optional)**

**List account number(s) here (optional)**

### Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

**Social security number**: ___-__-____

**Employer identification number**: 94-1687665

### Part II — Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

**Sign Here**  Signature of U.S. person ▶ *[signature]*   Date ▶ 5-20-14

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

Note. If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

Cat. No. 10231X     Form W-9 (Rev. 12-2011)

# American Property Locators, Inc.

3855 South Boulevard, Suite 200
Edmond, OK 73013
www.apl-inc.com

Fax (405) 340-5968
E-Mail: ggriffith@apl-inc.com

(800) 730-4343 ext 15
(405) 340-4900 ext 15

June 5, 2014

**VIA PRIORITY MAIL**

U.S. Bankruptcy Court
501 E Court St., Suite 2.300
Jackson, MS 39201
Attn: Mitzie Nations

*RECEIVED JUN - 9 2014 CLERK, U.S. BANKRUPTCY COURT SO. DIST. OF MISS.*

*U.S. BANKRUPTCY COURT SOUTHERN DISTRICT OF MISSISSIPPI FILED JUN - 9 2014 DANNY L. MILLER, CLERK BY_____ DEPUTY CLERK*

Re: SOUTHERN DISTRICT OF MISSISSIPPI APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT

Dear Ms. Nations:

Enclosed is an Application for order Directing Payment of Funds to Creditor/Claimant relating to the following matter:

| | |
|---|---|
| Case No: | 11-51521 |
| Debtor: | STANLEY M. GILBERT & Cheryl P. Gilbert |
| Creditor/Claimant: | Bank of America, NA successor to BAC Home Loan Servicing LP |
| Amount: | $1,100.09 |

Thank you for your assistance in this matter.

Sincerely,

Greg Griffith

GMG/hen
Enclosures